IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DETRIC LEE MCGOWAN, a/k/a, "Fat" | ) | |
| DONALD NATHANIEL THOMAS, JR., | ) | |
|     a/k/a, "TJ" | ) | |
| JAMAL DEMARCUS LATIMER | ) | |
| CHRISTOPHER JEROME | ) | |
| CUNNINGHAM | ) | |
| RICHARD LAMOND LONGSHORE, | ) | |
|     a/k/a, "Bam" | ) | |
| CELEST HENRY BLOCKER | ) | |
| EDDIE LEE CHILDS, JR., a/k/a, "Speedy" | ) | |
| TREVOR MAURICE HULL | ) | |
| DANNY MORALES LOPEZ | ) | |
| SHEQUITA LATOYA HOLLOWAY | ) | |
| LAUREN BROOKE POORE | ) | |

## ORDER TO UNSEAL SEARCH WARRANT APPLICATIONS AND AFFIDAVITS

It appearing to the Court that the applications and affidavits in support of search warrants issued under the following Miscellaneous Case Numbers: : 6:18-701-JDA; 8:18-1033-JDA; 8:18-1034-JDA; 8:18-1035-JDA; 6:19-203-JDA; and 6:19-00092-JDA were filed under seal;

It further appearing that the sealing of the applications and affidavits in support of the search warrants is no longer warranted, and upon motion of the attorneys for the Government,

IT IS HEREBY ORDERED that the applications and affidavits in support of the search warrants in the above Miscellaneous Cases be unsealed.

**AND IT IS SO ORDERED**.

s/Jacquelyn D. Austin
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

April 12, 2019