IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DETRIC LEE MCGOWAN, a/k/a, "Fat" | ) | |
| DONALD NATHANIEL THOMAS, JR., | ) | |
|     a/k/a, "TJ" | ) | |
| JAMAL DEMARCUS LATIMER | ) | |
| CHRISTOPHER JEROME | ) | |
| CUNNINGHAM | ) | |
| RICHARD LAMOND LONGSHORE, | ) | |
|     a/k/a, "Bam" | ) | |
| CELEST HENRY BLOCKER | ) | |
| EDDIE LEE CHILDS, JR., a/k/a, "Speedy" | ) | |
| TREVOR MAURICE HULL | ) | |
| DANNY MORALES LOPEZ | ) | |
| SHEQUITA LATOYA HOLLOWAY | ) | |
| LAUREN BROOKE POORE | ) | |

**ORDER TO UNSEAL SEIZURE WARRANT APPLICATIONS AND AFFIDAVITS**

It appearing to the Court that the applications and affidavits in support of seizure warrants issued under Case Numbers: 6:19-380-JDA; 6:19-381-JDA and 6:19-382-JDA were filed under seal;

It further appearing that the sealing of the applications and affidavits in support of the seizure warrants is not warranted, and upon motion of the attorneys for the Government,

IT IS HEREBY ORDERED that the redacted applications and affidavits in support of the seizure warrants filed Case Numbers: 6:19-380-JDA, 6:19-381-JDA and 6:19-382-JDA be unsealed.

**AND IT IS SO ORDERED**

                    s/Jacquelyn D. Austin
                    UNITED STATES MAGISTRATE JUDGE
                    April 22, 2019